[No. 6225–2–III. Division Three. July 9, 1985.]

STEPHEN D. PHILLABAUM, *Respondent,* v. NATHAN
A. BUNDY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Ste-

vens County, No. 23846, Larry M. Kristianson, J., entered November 18, 1983. *Affirmed* and *remanded* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.